IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY HUGHLEY,              )
                            )
      Plaintiff,            )
                            )        CIVIL ACTION NO.
      v.                    )        2:11cv706-MHT
                            )             (WO)
ALABAMA DEPARTMENT OF        )
CORRECTIONS, et al.,        )
                            )
      Defendants.          )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit claiming defendants unlawfully detained and prosecuted him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

The court adds that plaintiff has failed to allege how the individual defendants were personally involved in the wrongs he asserts; his allegations are, at most, conclusory.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2012.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE